# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-2057-AP

ROBERT K. CLARK,

        Plaintiff

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant

---

**ORDER**

---

THIS MATTER having come before the Court upon the Motion For An Award Of Attorney's Fee Under 42 U.S.C. Section 406(b) (doc. #24), filed April 16, 2009, and upon review of said motion and being apprized in the premises, hereby grants said motion and orders that Plaintiff's attorney, Alan M. Agee, is entitled to an award of **$4,870.50** for his attorney's fee pursuant to 42 U.S.C. Section 406(b).

DATED at Denver, Colorado on April 16, 2009

                                             **BY THE COURT**

                                             *S/John L. Kane*
                                             United States District Court Judge